1094

HARVEY GESSIN et al., Appellants, v ANNA THRONE-HOLST et al.,
Defendants, and FRED HAVEMEYER et al., Respondents.

Decided January 7, 2016

Appeal, insofar as taken from that portion of the Appellate Division order that denied plaintiffs' motion for a preliminary injunction, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of SYLVIA GOLUB, Deceased. NORMAN GOLUB, Respondent; J. DAVID GOLUB, Appellant. (Matter No. 1.)

NORMAN GOLUB, Respondent, v JERRY DAVID GOLUB, Appellant. (Matter No. 2.)

Decided January 7, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5601).

In the Matter of SYLVIA GOLUB, Deceased. NORMAN GOLUB, Respondent; J. DAVID GOLUB, Appellant. (Matter No. 1.)

NORMAN GOLUB, Respondent, v JERRY DAVID GOLUB, Appellant. (Matter No. 2.)

Decided January 7, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3; CPLR 5601).

MARILYN HOPEMAN, Appellant, v ERIC A. SEIFF, Respondent.

Submitted November 23, 2015; decided January 7, 2016

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this action commenced in the Civil Court of the City of New York (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

DONNA M. LATTUCA, Appellant, v JOHN M. LATTUCA, Respondent.

Submitted November 23, 2015; decided January 7, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

KOSTA POLITOPOULOS et al., Appellants, v CITY OF NEW YORK, Respondent.

Submitted November 23, 2015; decided January 7, 2016